**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  November 7, 2006

Reporter: Darlene Martinez
Deputy Clerk: Bernique Abiakam

Civil Action No. 99-cv-01711-JLK

ENERGY ACQUISITION CORP.,
a Colorado corporation, et al.,

Peter T. Moore
G. Stephen Long
Gretchen Fuss
Robert Ward

Plaintiffs,

v.

MILLENNIUM ENERGY, et al.,

Heather L. Cupp
J. Kevin Hayes
Geraldine A. Brimmer

Defendants.

---

**COURTROOM MINUTES**

---

**Oral Argument**

**10:08 a.m.    Court in session.**

Counsel present.  Also present, Howard Farkas, corporate representative for plaintiffs.

Preliminary remarks by the Court.

Argument on **Motion and Brief In Support By Plaintiffs for Partial Summary Judgment (Filed 3-14-01; Doc. No. 95)**, and **Motion By Defendants For Partial Summary Judgment (Filed 3-14-01; Doc. No. 103).**

10:23 a.m.    Comments by Mr. Moore regarding remaining claims.

10:25 a.m.    Argument by Mr. Long.

10:57 a.m.    Argument by Mr. Hayes.

*99-cv-01711-JLK*
*Oral Argument*
*November 7, 2006*

**11:59 a.m.    Court in recess**.

**1:31 p.m.    Court in session**.

1:32 p.m.    Argument continued by Mr. Hayes.

1:39 p.m.    Argument by Mr. Moore.

2:20 p.m.    Further argument by Mr. Hayes.

2:26 p.m.    Further argument by Mr. Moore.

**ORDERED**:   **Motion and Brief In Support By Plaintiffs for Partial Summary Judgment (Filed 3-14-01; Doc. No. 95)**, and **Motion By Defendants For Partial Summary Judgment (Filed 3-14-01; Doc. No. 103)** are taken UNDER ADVISEMENT.

**2:28 p.m.    Court in recess**.
Time in court - 02:48.  Conference concluded.