IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **99-cv-1711-JLK**

**ENERGY ACQUISITION CORP., a Colorado corporation; MICHIGAN EXPLORATION, INC., a Michigan corporation; MICHIGAN PRODUCTION COMPANY, L.L.C., a Michigan limited liability company; and MICHIGAN ENERGY COMPANY, a Michigan limited liability company,**

    Plaintiffs and Counter-Defendants,

v.

**MILLENNIUM ENERGY FUND, L.L.C., a Delaware limited partnership; WILLIAMS POWER COMPANY, INC. f/k/a Williams Energy Marketing & Trading Company, a Delaware corporation; and SPV, L.L.C., an Oklahoma limited liability company,**

    Defendants and Counter-Plaintiffs, and
    Third-Party Plaintiff,

v.

**DWAIN M. IMMEL, an individual,**

    Third-Party Defendant.

## ORDER DISMISSING WITH PREJUDICE THIRD PARTY CLAIMS

Kane, J.

THE COURT, having reviewed the parties' Joint Stipulation of Dismissal with Prejudice of Third-Party Claims, hereby Grants such Stipulation. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Third-Party Claims against Immel are hereby DISMISSED WITH PREJUDICE.

Each party shall bear its or his own attorneys fees and costs.

Dated:  September 30, 2009

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT