IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **99-cv-1711-JLK**

**ENERGY ACQUISITION CORP., a Colorado corporation; MICHIGAN EXPLORATION, INC., a Michigan corporation; MICHIGAN PRODUCTION COMPANY, L.L.C., a Michigan limited liability company; and MICHIGAN ENERGY COMPANY, a Michigan limited liability company,**

    Plaintiffs and Counter-Defendants,

v.

**MILLENNIUM ENERGY FUND, L.L.C., a Delaware limited partnership; WILLIAMS POWER COMPANY, INC. f/k/a Williams Energy Marketing & Trading Company, a Delaware corporation; and SPV, L.L.C., an Oklahoma limited liability company,**

    Defendants and Counter-Plaintiffs, and
    Third-Party Plaintiff,

v.

**DWAIN M. IMMEL, an individual,**

    Third-Party Defendant.

## ORDER DISMISSING WITH PREJUDICE REMAINING CLAIMS AND COUNTERCLAIMS

Kane, J.

THE COURT, having reviewed the parties' Joint Stipulation of Dismissal with Prejudice of Claims and Counterclaims, hereby Grants such Stipulation. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs' claim for breach of contract relating to the West Shore litigation (Fourth Claim for Relief) and Defendants' claims for subrogation rights, breach of fiduciary duty, fraud, conversion, indemnification and piercing the entity veil against Energy Acquisition Corp., Michigan Exploration, Inc., Michigan Production Company, L.L.C., and Michigan Energy Company (Seventh, Eighth, Ninth, Twelfth and Thirteenth claims for Relief) are hereby DISMISSED WITH PREJUDICE.

Dated:  September 30, 2009

                  BY THE COURT:

                  *s/John L. Kane*
                  JOHN L. KANE, SENIOR JUDGE
                  UNITED STATES DISTRICT COURT