IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **99-cv-1711-JLK**

**ENERGY ACQUISITION CORP., a Colorado corporation; MICHIGAN EXPLORATION, INC., a Michigan corporation; MICHIGAN PRODUCTION COMPANY, L.L.C., a Michigan limited liability company; and MICHIGAN ENERGY COMPANY, a Michigan limited liability company,**

    Plaintiffs and Counter-Defendants,

v.

**MILLENNIUM ENERGY FUND, L.L.C., a Delaware limited partnership; WILLIAMS POWER COMPANY, INC. f/k/a Williams Energy Marketing & Trading Company, a Delaware corporation; and SPV, L.L.C., an Oklahoma limited liability company,**

    Defendants and Counter-Plaintiffs, and
    Third-Party Plaintiff,

v.

**DWAIN M. IMMEL, an individual,**

    Third-Party Defendant.

## ORDER FOR ENTRY OF JUDGMENT

Kane, J.

This matter is before me on the Stipulated Motion for Entry of Judgment (doc. #215), filed September 30, 2009. The Motion is GRANTED. Consistent with the March 30, 2009 Order (doc. #198), final judgment shall enter with respect to the Disposed Claims. The Confessed Judgment (doc. #215-2), along with the Joint Stipulations of Dismissal with Prejudice and Orders of Dismissal with Prejudice shall constitute the final orders in this action.

    Dated:  September 30, 2009

                                                    BY THE COURT:

                                                 *s/John L. Kane*  
                                                 JOHN L. KANE, SENIOR JUDGE  
                                                 UNITED STATES DISTRICT COURT